IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANTHONY PITTMAN, #N1054**                                               **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 3:08-cv-447-DPJ-JCS**

**KENNY MONTGOMERY, et al.**                                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for failure to comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 21th day of October, 2008.

                                                   s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE